IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

WESLEY ANDERSON,                                    :
                                                    :
         Plaintiff,                                 :
                                                    :
    v.                                              :          CASE NO:
                                                    :          7:24-cv-005–WLS
                                                    :
JONATHAN A. HINDI,                                  :
USA FORCES LLC and                                  :
PROGRESSIVE SOUTHEASTERN                            :
INSURANCE COMPANY,                                  :
                                                    :
         Defendants.                                :
_____            :

## ORDER

Before the Court is Plaintiff's Motion to Reopen Discovery for Ninety (90) Days and Memorandum of Law in Support (Doc. 31) ("Motion") filed April 3, 2026. Plaintiff asserts the extension is necessary because he entered his appearance as replacement counsel for Plaintiff on November 7, 2025. Since that time Plaintiff contends that, despite multiple requests and the agreement of Defendant's counsel,[1] Defendant failed to timely provide Plaintiff's new counsel with copies of discovery that was previously exchanged in the case or to cooperate in scheduling depositions. (Doc. 31 at 3). As Plaintiff notes, only after the discovery deadline had lapsed on February 17, 2026, did Defendant cooperate in scheduling the depositions of the parties for March 20, 2026. (*Id.* at 5, 7–8). The written discovery, absent Plaintiff's responses to interrogatories, was not provided until on or about March 19, 2026. (*Id.*). Plaintiff asserts that Defendants have ignored attempts to schedule the depositions of the treating medical providers. (*Id.*). On March 19, 2026, Defendant filed a Motion for Partial Summary Judgment on the basis that Plaintiff does not have any medical evidence in this personal injury case.

---

[1] Plaintiff states that Plaintiff's prior counsel was unresponsive to his new counsel's attempts to obtain discovery that had previously been exchanged. (Doc. 31 at 3, 4).

1

The Court finds it appropriate to shorten Defendant's response time on Plaintiff's Motion. Accordingly, on or before close of business on **Monday, April 13, 2026**, Defendant may file its response, if any, to the Motion. No further briefs shall be filed except upon the filing of a motion for good cause and with the Court's permission. This matter will be taken under consideration after the briefing period as ordered is closed.

**SO ORDERED**, this 6th day of April 2026.

/s/   W. Louis Sands

**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

2