IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

WESLEY ANDERSON and     :

    Plaintiff,     :

v.     :

JONATHAN A. HINDI,     :
USA FORCES LLC and     :
PROGRESSIVE SOUTHEASTERN     :
INSURANCE COMPANY,     :

    Defendants.     :

CASE NO:
7:24-cv-5 (WLS)

## FIFTH ORDER AMENDING
## DISCOVERY AND SCHEDULING ORDER

Before the Court is the Plaintiff's Motion to Reopen Discovery for Ninety (90) Days and Memorandum in Support (Doc. 31) ("Motion for Extension") filed April 3, 2026. This is the fifth motion for extension filed in this case. The Parties' original six-month discovery deadline was November 25, 2024 (Doc. 13) ("Discovery Order"). The discovery deadline has previously been extended four times for a total of almost fifteen months to the current deadline of February 17, 2026. (*See* Orders Docs. 15, 18, 20 & 29). When the prior extensions were granted, the Parties were notified that further extensions would not be granted except to prevent manifest injustice upon a timely filed written motion for good cause shown upon grounds not reasonably foreseeable or avoidable by the moving Party or Parties.

In his current Motion for Extension Plaintiff states the extension is necessary because Defendants have been uncooperative in scheduling depositions of the parties and treating medical providers prior to the expiration of the February 17, 2026 discovery deadline. Plaintiff does not explain why he waited over a month after the deadline to request this extension or to seek other appropriate relief to schedule the necessary depositions.[1] Defendants were given a deadline to respond to the Motion for Extension by April 13, 2026. No responses were filed. The Court notes that on March 19, 2026, Defendants Motion for Partial Summary Judgment

---

[1] Although Plaintiff began this case *pro se*, he has been represented by counsel since May 19, 2025. Plaintiff's current counsel entered his appearance on November 7, 2025. (*See* Doc. 26).

1

or in the Alternative Motion to Exclude Retained Expert and Treating Physician Experts from Testifying (Doc. 30) ("Summary Judgment Motion") was filed. The crux of the Summary Judgment Motion is that Plaintiff failed to identify any retained expert, provide a written report from a retained expert, or provide a summary of the facts and opinion to which a treating physician expert is expected to testify. However, as noted, Defendants failed to respond to the Motion for Extension.

Based on the foregoing and for the reasons stated in the Motion for Extension, the Court finds Plaintiff has shown good cause on grounds not reasonably foreseeable or avoidable by the Plaintiff. Accordingly, the Motion for Extension (Doc. 31) is **GRANTED** to the extent that the deadlines under the Discovery Order, as amended, (*See* Orders Docs. 13 15, 18, 20 & 29) are further amended to extend the following discovery deadlines by ninety days from entry of this Order, as follows:

| Matter | Amended Deadline |
| --- | --- |
| Discovery deadline | Thursday, July 23, 2026 |
| Dispositive motions | Monday, August 24, 2026 |
| *Daubert* motions: | Related to Dispositive Motions: Monday, August 24, 2026<br>Related to Response to Dispositive Motions: Thursday, September 14, 2026<br>Related to Trial: 14 days after notice of pre-trial conference is docketed by Court. |

Except as amended above, the remainder of the Discovery Order, as amended, (Docs. 13, 15, 18, 20) shall remain in effect. In view of the extensive discovery extension granted herein, no further extensions will be granted except to prevent manifest injustice upon a timely filed written motion for good cause shown upon grounds not reasonably foreseeable or avoidable by the moving Party or Parties.

Further, based on the Court granting an extension of the discovery deadlines Defendants' Summary Judgment Motion (Doc. 30) based on the lack of medical evidence is hereby **DENIED WITHOUT PREJUDICE**, subject to Defendants being able to refile the same or such other dispositive motions as they deem appropriate within the amended deadlines provided herein. As further reason for ordering the aforementioned denial without

prejudice, the Court notes that Plaintiff's Motion for Extension and Defendants' Summary Judgment Motion are inextricably intertwined.

Counsel are **ORDERED** to immediately cooperate in good faith to accomplish the pending expert discovery and depositions.

**SO ORDERED**, this 27th day of April 2026.

/s/ W. Louis Sands
**W. LOUIS SANDS, SR. JUDGE**
**UNITED STATES DISTRICT COURT**

3