IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

WESLEY ANDERSON and     :

  Plaintiff,        :

v.            :    CASE NO:

JONATHAN A. HINDI,     :    7:24-cv-5 (WLS)
USA FORCES LLC and     :
PROGRESSIVE SOUTHEASTERN
INSURANCE COMPANY,    :

  Defendants.      :

## ORDER

   Before the Court is the Plaintiff's Motion to Enter Order Granting Plaintiff's Motion to Reopen Discovery for Ninety (90) Days (Doc. 35) ("Motion") filed April 22, 2026. Therein, Plaintiff requests the Court rule on his Motion to Reopen Discovery for Ninety (90) Days and Memorandum in Support (Doc. 31) ("Motion for Extension") that was filed April 3, 2026. The Court ruled on the Motion for Extension at the appropriate time (Doc. 36).

   Accordingly, Plaintiff's Motion is **DENIED as MOOT**.

   **SO ORDERED**, this 27th day of April 2026.

          /s/W. Louis Sands
          W. LOUIS SANDS, SR. JUDGE
          UNITED STATES DISTRICT COURT

1