IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | | |
|---|---|---|
| WESLEY ANDERSON,<br><br>Plaintiff,<br><br>v.<br><br>JONATHAN A. HINDI,<br>USA FORCES LLC and<br>PROGRESSIVE SOUTHEASTERN<br>INSURANCE COMPANY,<br><br>Defendants. | ) | CIVIL ACTION NO:<br><br>7 :24-cv-5 (WLS) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COME NOW Plaintiff Wesley Anderson and Defendants Jonathan A. Hindi, USA Forces, LLC., and Progressive Southeastern Insurance Company (the "parties"), by and through their undersigned counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and stipulate that this civil action, including all claims brought by Plaintiff against Defendants, is dismissed with prejudice.

This 14th day of September, 2026.

[SIGNATURES ON THE FOLLOWING PAGE]

**FOR PLAINTIFF**

**Leipow and Associates, P.C.**
*/s/ Kevin A. Leipow*
**Kevin A. Leipow, Esq.**
Georgia Bar No. 300163
*Counsel for Plaintiff*

235 Peachtree St., NE, Ste. 400
Atlanta, GA 30303
P: 404.581.3642; F: 404.526.8855
kal@leipowlaw.com

**FOR DEFENDANTS:**

CHAMBLESS, HIGDON, RICHARDSON,
KATZ & GRIGGS, LLP

*/s/ Jason D. Lewis*
(signed with express permission by Kevin A. Leipow)
Jason D. Lewis, Esq.
Georgia Bar No. 197856
*Attorney for Defendants*

3920 Arkwright Road – Suite 405
Post Office Box 6378
Macon, Georgia 31208-6378
jlewis@chrkglaw.com
(478) 745-1181
(478) 746-9479 (FAX)

SO ORDERED this 16th day
of September, 2026

W. Louis Sands
W. Louis Sands, Sr. Judge
United States District Court