IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| WESLEY ANDERSON, | * |
| Plaintiff, | * |
| v. | Case No. 7:24-cv-5 (WLS) * |
| JONATHAN A. HINDI, et al., | * |
| Defendants. | * |

**JUDGMENT**

Pursuant to this Court's Order dated September 16, 2026, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 16th day of September, 2026.

David W. Bunt, Clerk

s/ Katie Logsdon, Deputy Clerk